UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DANNY GREGSTON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:17-cv-717-BJ |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | **(JURY)** |
| COMPANY AND BRANDON TARVER | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiff Danny Gregston and Defendants Allstate Fire and Casualty Company and Brandon Tarver and file this Joint Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiff is Danny Gregston. Defendants are Allstate Fire and Casualty Company and Brandon Tarver.

2. Plaintiff filed suit against Defendants for damages under a homeowners' policy arising out of damages which occurred on October 23, 2015.

4. Plaintiff and Defendants have reached a compromise and settlement regarding the claims in this lawsuit. As a result, Plaintiff desires to dismiss with prejudice all claims and causes of action asserted against Defendants. Both Plaintiff and Defendants agree to this dismissal with prejudice.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is requested to be with prejudice as to Defendants Allstate Fire and Casualty Company and Brandon Tarver.

        Respectfully submitted,

        **Daly & Black, P.C.**

        /*s/ David L. Bergen*
        Richard D. Daly
        State Bar No. 00796429
        David L. Bergen
        State Bar No. 24097371
        2211 Norfolk Street, Suite 800
        Houston, Texas 77098
        Phone:  713-655-1405
        Fax:    713-655-1587
        rdaly@dalyblack.com
        cgustin@dalyblack.com

        **ATTORNEY FOR PLAINTIFF**

        AND

        **STACY | CONDER | ALLEN LLP**

        By:     /*s/ - David G. Allen*
                David G. Allen
                State Bar No. 00786972
                allen@stacyconder.com
                901 Main Street, Suite 6200
                Dallas, Texas 75202
                (214) 748-5000
                (214) 748-1421 (fax)

        **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

  On March 27, 2018 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

            */s/ - David G. Allen*
            David G. Allen

604410