UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DANNY GREGSTON | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § CIVIL ACTION NO. 4:17-cv-717-BJ |
| | § |
| ALLSTATE FIRE AND CASUALTY | §  **(JURY)** |
| COMPANY AND BRANDON TARVER | § |
| | § |
| Defendants. | § |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Came on for consideration the Joint Stipulation of Dismissal With Prejudice of Plaintiff, Danny Gregston and Defendants Allstate Fire and Casualty Company and Brandon Tarver, requesting a dismissal of the Plaintiff's claims with prejudice against Defendants. The Court, after having considered the Joint Stipulation of Dismissal With Prejudice, and the pleadings on file herein, is of the opinion that same should be grated.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against Defendants are hereby dismissed with prejudice, with all costs adjudged against the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.