IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DANNY GREGSTON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-717-BJ |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | |
| COMPANY, ET AL. | § | |

## FINAL JUDGMENT

Pending before the Court is the parties' Joint Stipulation of Dismissal With Prejudice, filed March 27, 2018. Therefore, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims in the above-styled and numbered cause are **DISMISSED WITH PREJUDICE**. All costs under 28 U.S.C. § 1920 shall be taxed against the party that incurred them.

SIGNED March 27, 2018.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE